Daniel Lopez **MONTOYA**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 29102.

Court of Criminal Appeals of Texas.

March 5, 1958.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

The former opinion delivered in this case on the 23rd day of October, 1957, dismissing the appeal for the want of a sentence is withdrawn and the appeal reinstated.

The conviction is for the unlawful transportation of intoxicating liquor in a dry area; the punishment, a fine of $500.

The record is before us without a statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.